ROSSEAU *v.* FINE *et al.*—On appeal.

Without all the testimony on which the court below acted, upon an issue of fact, the appellate tribunal will not interfere with the finding of that court. In the absence of the evidence, we are bound to presume that it was sufficient to warrant the conclusion of the inferior court. This has been repeatedly settled, and it is only necessary for us to re-affirm the doctrine.